UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LATASHA BROWN, | : | **NOTICE OF REMOVAL** |
| | : | REMOVED FROM: |
| v. | : | JUDICIAL DISTRICT OF FAIRFIELD |
| | : | AT BRIDGEPORT |
| THE HOME DEPOT U.S.A., INC. | : | |
| | | C.A. No. 19-105 |

## NOTICE OF REMOVAL

Defendant Home Depot U.S.A., Inc. ("Home Depot"), by and through its undersigned counsel, hereby files its Notice of Removal of this action (the "Action") from the Superior Court for the Judicial District of Fairfield at Bridgeport, State of Connecticut, to the United States District Court for the District of Connecticut.

Home Depot appears for the purpose of removal only and for no other purpose, reserves all defenses and rights available to it, and states as follows:

1. On or about June 6, 2019, Plaintiff Latasha Brown ("Plaintiff") commenced the Action in the Superior Court for the Judicial District of Fairfield at Bridgeport, State of Connecticut, as Civil Action No. FBT-CV19-6086789-S, in which she claims to have slipped and fallen on a slippery substance at the Home Depot store in Bridgeport, CT on or around December 19, 2017.

2. As a result of the slip and fall, the Plaintiff claims to have suffered "serious, painful and permanent injuries" including "disc bulge at C3-4...foraminal narrowing at C6-7, cervical radiculopathy, sprain/strain of cervical spine, reduced range of motion of cervical spine, disc bulges at L3-4 and L4-5, lumbar radiculopathy, sprain/strain of lumber spine, reduced range of motion in lumbar spine, thoracic sprain/strain, right arm injury, right arm numbness and tingling, right wrist sprain, right elbow injury, bilateral leg and foot injuries and pain, bilateral

numbness and tingling, muscle spasms, sleep disturbance, headaches and sprains, contusions and bruises of her head, body and limb."

3. Plaintiff further claims that, as a result of these alleged injuries, she "has been unable and never will be able to get about as a well person."

4. On or about June 3, 2019, Plaintiff served a copy of the Summons and Complaint upon the registered agent for Home Depot.

5. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Home Depot in the Action is attached as **Exhibit 1**.

6. The Plaintiff is a Connecticut resident living at 3 Rock Ridge Circle in Bridgeport, CT.

7. Home Depot is a foreign corporation with a principal place of business in Atlanta, Georgia.

8. Before filing suit, Plaintiff claimed to have incurred $195,000 in damages as a result of the incident at issue.

9. Pursuant to 28 U.S.C. § 1332, this Court has original jurisdiction over the Action, which is removable to this Court pursuant to the provisions of 28 U.S.C. § 1441 *et seq.*, because the amount in controversy exceeds $75,000, exclusive of interests and costs, and there is complete diversity between the Plaintiff, who is a resident of Connecticut, and Home Depot, which has its principal place of business in Georgia.

10. Home Depot has not yet filed a pleading in response to the Complaint and no orders have been issued in this Action.

11. Pursuant to 28 U.S.C. § 1446(d), Home Depot promptly will file a copy of this Notice of Removal with the Clerk for the Superior Court for the Judicial District of Fairfield at

Bridgeport, State of Connecticut, and will serve a copy of the same on counsel for Plaintiff and all other counselors of record.

WHEREFORE, Home Depot respectfully removes the Action now pending in the Superior Court for the Judicial District of Fairfield at Bridgeport, State of Connecticut, as Civil Action No. FBT-CV19-6086789-S to the United States District Court for the District of Connecticut.

Defendant,
HOME DEPOT U.S.A., INC.,
By its Attorney,

*/s/ Caroline B. Lapish*
Caroline B. Lapish, Juris No. 429909
ADLER POLLOCK & SHEEHAN P.C.
175 Federal Street, 10th Floor
Boston, Massachusetts 02110
Tel. (617) 482-0600
Fax. (617) 482-0604
Email: clapish@apslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2019, I caused a true copy of the foregoing document to be served by regular mail upon the following counsel of record:

Michael J. Rosnick, Esq.
Miller, Rosnick, D'Amico, August & Butler, P.C.
1087 Broad Street
Bridgeport, CT 06604

*/s/ Caroline B. Lapish*
Caroline B. Lapish

# EXHIBIT 1

 

### State of Connecticut Judicial Branch
# Superior Court E-Filing

- E-Services Home
- E-Services Inbox (308)
- Superior Court E-Filing
  - Civil/Family
  - Housing
  - Small Claims
- E-File a New Case
- E-File on an Existing Case
  - By Docket Number
  - By Party Name
  - List My Cases
- Court Events
  - By Date
  - By Juris Number
  - By Docket Number
- Short Calendars
  - Markings Entry
  - Markings History
  - My Short Calendars
  - By Court Location
  - Calendar Notices
- My Shopping Cart (0)
- My E-Filed Items
- Pending Foreclosure Sales
- Search By Property Address

**Attorney/Firm:** CAROLINE BOUSCAREN LAPISH (429909)    **E-Mail:** clapish@apslaw.com   Logout

**FBT-CV19-6086789-S**   BROWN, LATASHA v. HOME DEPOT, U.S.A., INC.
**Prefix:** FB5   **Case Type:** T03   **File Date:** 06/06/2019   **Return Date:** 07/02/2019

| Case Detail | Notices | History | Scheduled Court Dates | Help Manual |

To receive an email when there is activity on this case, click here.

**Select Case Activity:** [ E-File a Pleading or Motion ▼ ] [ Go ]

Information updated as of: 07/03/2019

#### Case Information
- **Case Type:** T03 - Torts - Defective Premises - Private - Other
- **Court Location:** Bridgeport JD
- **List Type:** No List Type
- **Trial List Claim:**
- **Last Action Date:** 07/03/2019 (The "last action date" is the date the information was entered in the system)

#### Disposition Information
- **Disposition Date:**
- **Disposition:**
- **Judge or Magistrate:**

#### Party & Appearance Information

| Party | | No Fee Party | Party Category | Party Type |
|---|---|---|---|---|
| **P-01 LATASHA BROWN** | | | Plaintiff | Person |
| Attorney: MILLER ROSNICK D'AMICO AUGUST & BUTLER P (038116) File Date: 06/06/2019<br>1087 BROAD STREET<br>BRIDGEPORT, CT 06604 | | | | |
| **D-01 HOME DEPOT, U.S.A., INC.** | | | Defendant | Firm or Corporation |
| Attorney: CAROLINE BOUSCAREN LAPISH (429909)   File Date: 07/03/2019<br>!NEW   175 FEDERAL ST #1000<br>BOSTON, MA 02110 | | | | |

**Viewing Documents on Civil, Housing and Small Claims Cases:**

If there is an 𝑒 in front of the docket number at the top of this page, then the file is electronic (paperless).

- Documents, court orders and judicial notices in electronic (paperless) civil, housing and small claims cases with a return date on or after January 1, 2014 are available publicly over the internet.* For more information on what you can view in all cases, view the Electronic Access to Court Documents Quick Card.

- For civil cases filed prior to 2014, court orders and judicial notices that are electronic are available publicly over the internet. Orders can be viewed by selecting the link to the order from the list below. Notices can be viewed by clicking the **Notices** tab above and selecting the link.*

- Documents, court orders and judicial notices in an electronic (paperless) file can be viewed at any judicial district courthouse during normal business hours.*

- Pleadings or other documents that are not electronic (paperless) can be viewed only during normal business hours at the Clerk's Office in the Judicial District where the case is located.*

- An Affidavit of Debt is not available publicly over the internet on small claims cases filed before October 16, 2017.*

*Any documents protected by law Or by court order that are Not open to the public cannot be viewed by the public online And can only be viewed in person at the clerk's office where the file is located by those authorized by law or court order to see them.

#### Motions / Pleadings / Documents / Case Status

| Entry No | File Date | Filed By | Description | Arguable |
|---|---|---|---|---|
| | 06/06/2019 | P | **SUMMONS** | |
| | 06/06/2019 | P | **COMPLAINT** | |
| | 07/03/2019 | D | **APPEARANCE** !NEW<br>Appearance | |
| 100.30 | 06/06/2019 | P | **RETURN OF SERVICE** | No |

**Scheduled Court Dates as of 07/02/2019**

| | | | FBT-CV19-6086789-S - BROWN, LATASHA v. HOME DEPOT, U.S.A., INC. | |
|---|---|---|---|---|
| **#** | **Date** | **Time** | **Event Description** | **Status** |
| | | | No Events Scheduled | |

Judicial ADR events may be heard in a court that is different from the court where the case is filed. To check location information about an ADR event, select the **Notices** tab on the top of the case detail page.

Matters that appear on the Short Calendar and Family Support Magistrate Calendar are shown as scheduled court events on this page. The date displayed on this page is the date of the calendar.

All matters on a family support magistrate calendar are presumed ready to go forward.

The status of a Short Calendar matter is not displayed because it is determined by markings made by the parties as required by the calendar notices and the civil or family standing orders. Markings made electronically can be viewed by those who have electronic access through the Markings History link on the Civil/Family Menu in E-Services. Markings made by telephone can only be obtained through the clerk's office. If more than one motion is on a single short calendar, the calendar will be listed once on this page. You can see more information on matters appearing on Short Calendars and Family Support Magistrate Calendars by going to the Civil/Family Case Look-Up page and Short Calendars By Juris Number or By Court Location.

Periodic changes to terminology that do not affect the status of the case may be made.
This list does not constitute or replace official notice of scheduled court events.

**Disclaimer:** For civil and family cases statewide, case information can be seen on this website for a period of time, from one year to a maximum period of ten years, after the disposition date. If the Connecticut Practice Book Sections 7-10 and 7-11 give a shorter period of time, the case information will be displayed for the shorter period. Under the Federal Violence Against Women Act of 2005, cases for relief from physical abuse, foreign protective orders, and motions that would be likely to publicly reveal the identity or location of a protected party may not be displayed and may be available only at the courts.

Copyright © 2019, State of Connecticut Judicial Branch

# SUMMONS - CIVIL
JD-CV-1 Rev. 10-15
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

## STATE OF CONNECTICUT
### SUPERIOR COURT
www.jud.ct.gov

See other side for instructions

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 1061 Main Street, Bridgeport, CT 06604 | ( 203 ) 579-6527 | JULY 2, 2019 |

| ☒ Judicial District  ☐ G.A. Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) | Case type code (See list on page 2) |
|---|---|---|
| ☐ Housing Session | Bridgeport | Major: T   Minor: 03 |

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| Michael J. Rosnick; Miller, Rosnick, D'Amico, August & Butler, 1087 Broad St, Bridgeport, CT 06604 | 038116 |

| Telephone number (with area code) | Signature of Plaintiff (If self-represented) |
|---|---|
| ( 203 ) 334-0191 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.    ☐ Yes  ☒ No

Email address for delivery of papers under Section 10-13 (if agreed to)

Number of Plaintiffs: 1        Number of Defendants: 1        ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: BROWN, LATASHA  Address: 3 Rock Ridge Circle, Bridgeport, CT 06606 | P-01 |
| Additional Plaintiff | Name:  Address: | P-02 |
| First Defendant | Name: HOME DEPOT, U.S.A., INC.  Address: c/o Agent for Service: Corporation Service Company, 50 Weston Street, Hartford, CT 06120-1537 | D-01 |
| Additional Defendant | Name:  Address: | D-02 |
| Additional Defendant | Name:  Address: | D-03 |
| Additional Defendant | Name:  Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court  ☐ Assistant Clerk | Name of Person Signing at Left  Michael J. Rosnick | Date signed  05/28/2019 |
|---|---|---|---|

If this Summons is signed by a Clerk:
 a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
 b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
 c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
 d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date | Docket Number |
|---|---|---|---|

(Page 1 of 2)

## Instructions

1. Type or print legibly; sign summons.
2. Prepare or photocopy a summons for each defendant.
3. Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or more than 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.
4. After service has been made by a proper officer, file original papers and officer's return with the clerk of court.
5. Do not use this form for the following actions:

   (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters).
   (b) Summary process actions.
   (c) Applications for change of name.
   (d) Probate appeals.
   (e) Administrative appeals.
   (f) Proceedings pertaining to arbitration.
   (g) Any actions or proceedings in which an attachment, garnishment or replevy is sought.

### ADA NOTICE

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

## Case Type Codes

| Major Description | Codes Major/Minor | Minor Description | Major Description | Codes Major/Minor | Minor Description |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | C 10 | Construction - State and Local | | T 03 | Defective Premises - Private - Other |
| | C 20 | Insurance Policy | | T 11 | Defective Premises - Public - Snow or Ice |
| | C 30 | Specific Performance | | T 12 | Defective Premises - Public - Other |
| | C 40 | Collections | | T 20 | Products Liability - Other than Vehicular |
| | C 90 | All other | | T 28 | Malpractice - Medical |
| Eminent Domain | E 00 | State Highway Condemnation | | T 29 | Malpractice - Legal |
| | E 10 | Redevelopment Condemnation | | T 30 | Malpractice - All other |
| | E 20 | Other State or Municipal Agencies | | T 40 | Assault and Battery |
| | E 30 | Public Utilities & Gas Transmission Companies | | T 50 | Defamation |
| | E 90 | All other | | T 61 | Animals - Dog |
| | | | | T 69 | Animals - Other |
| Miscellaneous | M 00 | Injunction | | T 70 | False Arrest |
| | M 10 | Receivership | | T 71 | Fire Damage |
| | M 20 | Mandamus | | T 90 | All other |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | M 40 | Arbitration | | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | M 50 | Declaratory Judgment | | V 05 | Motor Vehicles* - Property Damage only |
| | M 63 | Bar Discipline | | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | M 66 | Department of Labor Unemployment Compensation Enforcement | | V 09 | Motor Vehicle* - All other |
| | | | | V 10 | Boats |
| | M 68 | Bar Discipline - Inactive Status | | V 20 | Airplanes |
| | M 70 | Municipal Ordinance and Regulation Enforcement | | V 30 | Railroads |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 | | V 40 | Snowmobiles |
| | | | | V 90 | All other |
| | M 83 | Small Claims Transfer to Regular Docket | | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| | M 84 | Foreign Protective Order | | | |
| | M 90 | All other | | | |
| Property | P 00 | Foreclosure | | | |
| | P 10 | Partition | Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | P 20 | Quiet Title/Discharge of Mortgage or Lien | | W 90 | All other |
| | P 30 | Asset Forfeiture | | | |
| | P 90 | All other | | | |

JD-CV-1 Rev. 10-15 (Back/Page 2)

(Page 2 of 2)

| | | |
|---|---|---|
| RET.: 1ST TUESDAY JULY 2019 | : | SUPERIOR COURT |
| LATASHA BROWN | : | J.D. OF FAIRFIELD |
| VS. | : | AT BRIDGEPORT |
| HOME DEPOT U.S.A., INC. | : | MAY 28, 2019 |

## COMPLAINT

**FIRST COUNT**:

1. At all relevant times herein, the Plaintiff, LATASHA BROWN, was a patron of the Defendant, HOME DEPOT U.S.A., INC., at its store located at 656 Reservoir Avenue in Bridgeport, Connecticut.

2. At all times hereinafter mentioned, the Defendant, HOME DEPOT U.S.A. INC., was a corporation organized and existing under the laws of the State of Delaware, duly authorized to transact business in the State of Connecticut.

3. On or about December 19, 2017, and for some time prior thereto, the Defendant owned, operated, managed, leased, maintained and/or controlled a business known as The Home Depot #6213, located on the premises at 656 Reservoir Avenue, Bridgeport, Connecticut

4. At all relevant times herein, the Defendant invited members of the public, including customers such as the Plaintiff, to enter upon the premises.

LAW OFFICES
MILLER, ROSNICK, D'AMICO,
AUGUST & BUTLER, P.C.
1087 BROAD STREET
BRIDGEPORT, CT 06604-4282

(203) 334-0191

JURIS # 38116

1

5. The interior entrance at the store at that time, and for a long time prior thereto, were unsafe, defective and dangerous in that there was a puddle of water, or some other slippery substance on the floor.

6. The Defendant had, or should have had, notice and knowledge of the condition of said area but neglected to remedy said unsafe, dangerous and defective condition.

7. On or about December 19, 2017 at approximately 10:55 a.m., the Plaintiff, LATASHA BROWN, was lawfully upon the premises as a business invitee, when she was caused to slip and fall due to said puddle inside of the Defendant's store, causing the Plaintiff to suffer the injuries and damages set forth herein.

8. The injuries and damages suffered by the Plaintiff, LATASHA BROWN, were a result of the negligence and carelessness of the Defendant, acting through and/or its agents, servants and/or employees, in one or more of the following manners:

    a. in that the Defendant knew, or in the exercise of due care should have known, that puddle existed and was unsafe, dangerous and defective condition, and failed to take reasonable precautions to remedy said condition;

    b. in that the Defendant, for more than a reasonable time, permitted said puddle and/or slippery substance to be in, and remain in, said interior entrance, even though it knew, or should have known that it created an unsafe, dangerous and

LAW OFFICES
MILLER, ROSNICK, D'AMICO,
AUGUST & BUTLER, P.C.
1087 BROAD STREET
BRIDGEPORT, CT 06604-4282

(203) 334-0191

JURIS # 38118

2

defective condition, and yet failed to take reasonable precautions to remedy said condition;

  c. in that the Defendant failed to reasonably guard the Plaintiff from danger of said unsafe, dangerous and defective condition, which it created, and/or maintained, and/or permitted;

  d. in that the Defendant allowed, permitted and/or took no steps to prevent individuals, including the Plaintiff, lawfully shopping to walk near said unsafe, dangerous and defective condition;

  e. in that the Defendant failed to make a reasonable inspection of said premises, which they owned and/or controlled;

  f. in that the Defendant failed to give any warning to the Plaintiff of the unsafe, dangerous and defective condition which existed in said interior entrance way;

  g. in that the Defendant failed to properly and safely inspect and maintain said store to prevent injuries like those suffered by the Plaintiff;

  h. in that the Defendant failed to cordon off or otherwise barricade the area around the unsafe condition so as to preclude its customers from being in said area;

  i. in that the Defendant failed to properly train, supervise and/or oversee its employees with respect to preventing and correcting defective and dangerous conditions such as water and other liquids on the floors;

LAW OFFICES
MILLER, ROSNICK, D'AMICO,
AUGUST & BUTLER, P.C.
1087 BROAD STREET
BRIDGEPORT, CT 06604-4292
(203) 334-0191
JURIS # 38118

3

  j. in that the Defendant failed to warn its customers including the Plaintiff that they were in danger of slippery conditions;

  k. in that the Defendant failed to have policies and procedures to ensure customers were protected; and,

  l. in that the Defendant failed to act reasonably to prevent the Plaintiff's injuries and damages.

9. As a result the Defendant's negligence and/or carelessness, the Plaintiff, LATASHA BROWN, suffered, without limitation, the following serious, painful and permanent injuries:

  a. disc bulge at C3-4 and/or an aggravation of a dormant, asymptomatic pre-existing condition;

  b. foraminal narrowing at C6-7;

  c. cervical radiculopathy;

  d. a sprain/strain of the cervical spine;

  e. reduced range of motion of the cervical spine;

  f. disc bulges at L3-4, and L4-5 and/or an aggravation of a dormant, asymptomatic pre-existing condition;

  g. lumbar radiculopathy;

  h. a sprain/strain of the lumbar spine;

  i. reduced range of motion of the lumbar spine;

  j. thoracic sprain/strain;

LAW OFFICES
MILLER, ROSNICK, D'AMICO,
AUGUST & BUTLER, P.C.
1087 BROAD STREET
BRIDGEPORT, CT 06604-4262
(203) 334-0191
JURIS # 38115

k.  right arm injury;

l.  right arm numbness and tingling;

m.  right wrist sprain;

n.  right elbow injury;

o.  bilateral leg and foot injuries and pain;

p.  bilateral leg numbness and tingling;

q.  muscle spasms;

r.  sleep disturbance;

s.  headaches; and,

t.  sprains, contusions and bruises of her head, body and limbs.

10. As a further result thereof, the Plaintiff received a severe shock to her nervous system, from all of which injuries and the effects thereof the Plaintiff has suffered, and will suffer, great pain and mental anguish. She has been unable, and never will be able to get about as a well person, and she has been and will be, deprived of many of the usual pleasures, pursuits, diversions and recreations of life, and has had to, and will have to, give up many physical pursuits.

11. As a further result of the Defendant's negligence, the Plaintiff has incurred expenses for medical care and attention and may continue to do so in the future.

LAW OFFICES
MILLER, ROSNICK, D'AMICO,
AUGUST & BUTLER, P.C.
1087 BROAD STREET
BRIDGEPORT, CT 06604-4262
(203) 334-0191
JURIS # 38116

5

WHEREFORE, the Plaintiff claims monetary damages within the jurisdiction of the Court.

                              THE PLAINTIFF,

By_____/s/_____
MICHAEL J. ROSNICK
MILLER, ROSNICK, D'AMICO,
 AUGUST & BUTLER, P.C.
1087 Broad Street
Bridgeport, CT 06604
Phone: (203) 334-0191
Fax:  (203) 334-3463
Juris #038116

LAW OFFICES
MILLER, ROSNICK, D'AMICO,
AUGUST & BUTLER, P.C.
1087 BROAD STREET
BRIDGEPORT, CT 06604-4262
(203) 334-0191
JURIS # 38116

6




# State of Connecticut Judicial Branch
## Superior Court E-Filing

**Attorney/Firm:** CAROLINE BOUSCAREN LAPISH (429909)     **E-Mail:** clapish@apslaw.com    Logout

**e FBT-CV19-6086789-S**    BROWN, LATASHA v. HOME DEPOT, U.S.A., INC.
**Prefix:** FB5    **Case Type:** T03    **File Date:** 06/06/2019    **Return Date:** 07/02/2019

**Hide Instructions**      **You have successfully e-filed!**

**Instructions**: Information about this filing is provided on this page, including the date and time of this transaction and the filing date. Please select the **Print** button to print a copy of this Confirmation. Then, select the **Return to Superior Court E-Filing Menu** if you wish to do additional e-filing or **Logout** if you are finished filing.

[ Print ]

### Confirmation of E-filed Transaction (print this page for your records)

**Docket Number:** FBT-CV-19-6086789-S
**Case Name:** BROWN, LATASHA v. HOME DEPOT, U.S.A., INC.
**Type of Transaction:** Appearance
**Date Filed:** Jul 03 2019
**Appearance by:** 429909 CAROLINE BOUSCAREN LAPISH

**Appearance for this Party(ies)**

| Party # | Party Name |
|---------|------------|
| D-01 | HOME DEPOT, U.S.A., INC. |

**Document Filed:** JD-CL-12 Appearance
**Date and Time of Transaction:** Jul 03 2019 11:06:53 AM

[ Return to Civil / Family Menu ]

Copyright © 2019, State of Connecticut Judicial Branch

| APPEARANCE | STATE OF CONNECTICUT | Instructions — See Back/Page 2 |
|---|---|---|
| JD-CL-12 Rev. 1-12 | **SUPERIOR COURT** | |
| P.B. §§ 3-1 thru 3-6, 3-8, 10-13, 25A-2 | www.jud.ct.gov | |

**Notice To Self-Represented Parties**
*A self-represented party is a person who represents himself or herself. If you are a self-represented party and you filed an appearance before and you have since changed your address, you must let the court and all attorneys and self-represented parties of record know that you have changed your address by checking the box below:*

☐ I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.

Return date: **Jul-02-2019**
Docket number: **FBT-CV-19-6086789-S**

**Name of case** *(Full name of Plaintiff vs. Full name of Defendant)*
BROWN, LATASHA v. HOME DEPOT, U.S.A., INC.

☒ Judicial District  ☐ Housing Session  ☐ Small Claims  ☐ Geographic Area number

Address of Court *(Number, street, town and zip code)*
1061 MAIN STREET BRIDGEPORT, CT 06604

Scheduled Court date *(Criminal/Motor Vehicle Matters)*

## Please Enter the Appearance of

Name of self-represented party *(See "Notice to Self-Represented Parties" at top)*, or name of official, firm, professional corporation, or individual attorney
**CAROLINE BOUSCAREN LAPISH**

Juris number of attorney or firm: **429909**

Mailing Address *(Number, street)* *(Notice to attorneys and law firms - The address to which papers will be mailed from the court is the one registered or affiliated with your juris number. That address cannot be changed in this form.)*
**175 FEDERAL ST #1000**

Post office box:
Telephone number *(Area code first)*: **6174820600**

| City/town | State | Zip code | Fax number (Area code first) | E-mail address |
|---|---|---|---|---|
| BOSTON | MA | 02110 | 617-482-0604 | clapish@apslaw.com |

in the case named above for: *("x" one of the following parties; if this is a Family Matters case, also indicate the scope of your appearance)*

☐ The Plaintiff *(includes the person suing another person).*
☐ All Plaintiffs.
☐ The following Plaintiff(s) only: _____
☒ The Defendant *(includes the person being sued or charged with a crime).*
☐ The Defendant for the purpose of the bail hearing only *(in criminal and motor vehicle cases only).*
☐ All Defendants.
☐ The following Defendant(s) only: _____
☐ Other *(Specify):* _____
☐ This is a Family Matters case and my appearance is for: *("x" one or both)*
   ☐ matters in the Family Division of the Superior Court   ☐ Title IV-D Child Support matters

Note: If other counsel or a self-represented party has already filed an appearance for the party or parties "x"d above, put an "x" in box 1 or 2 below:

1. ☐ This appearance is in place of the appearance of the following attorney, firm or self-represented party on file *(P.B. Sec. 3-8):* _____
   *(Name and Juris Number)*

2. ☐ This appearance is in addition to an appearance already on file.

**I agree to accept papers (service) electronically in this case under Practice Book Section 10-13**   ☐ Yes   ☒ No

| Signed *(Individual attorney or self-represented party)* | Name of person signing at left *(Print or type)* | Date signed |
|---|---|---|
| ▶ 429909 | CAROLINE BOUSCAREN LAPISH | Jul 03 2019 |

## Certification

I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)* **Jul 03 2019** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*
MILLER ROSNICK D'AMICO AUGUST & BUTLER P - 1087 BROAD STREET/BRIDGEPORT, CT 06604

For Court Use Only

| Signed *(Signature of filer)* | Print or type name of person signing | Date signed | Telephone number |
|---|---|---|---|
| ▶ 429909 | CAROLINE BOUSCAREN LAPISH | Jul 03 2019 | 617-482-0600 |

*If necessary, attach an additional sheet or sheets with the name of each party and the address which the copy was mailed or delivered to.

| | | |
|---|---|---|
| RET.: 1ST TUESDAY JULY 2019 | : | SUPERIOR COURT |
| LATASHA BROWN | : | J.D. OF FAIRFIELD |
| VS. | : | AT BRIDGEPORT |
| HOME DEPOT U.S.A., INC. | : | MAY 28, 2019 |

**AMOUNT IN DEMAND**

The amount, legal interest or property in demand is FIFTEEN THOUSAND AND N0/100 ($15,000.00) DOLLARS or more exclusive of interest and costs.

THE PLAINTIFF,

By_____
MICHAEL J. ROSNICK
MILLER, ROSNICK, D'AMICO,
 AUGUST & BUTLER, P.C.
1087 Broad Street
Bridgeport, CT 06604
Phone: (203) 334-0191
Fax: (203) 334-3463
Juris #038116

LAW OFFICES
MILLER, ROSNICK, D'AMICO,
AUGUST & BUTLER, P.C.
1087 BROAD STREET
BRIDGEPORT, CT 06604-4282

(203) 334-0191

JURIS # 38116

7

STATE OF CONNECTICUT}
                    }   HARTFORD,  JUNE 3, 2019
COUNTY OF HARTFORD  }

Then and by virtue hereof, on the 3rd day of June, 2019, and by the direction of the plaintiff's attorney, I made due and legal service on the within named defendant, **HOME DEPOT, U.S.A., INC.**, by leaving a verified true and attested copy of the within original **Writ, Summons, Complaint and Amount In Demand**, with and in the hands of Michele Taylor, Special Assistant for **Corporation Service Company, Agent For Service** for said defendant, at 50 Weston Street, in the City of Hartford.

The within is the original **Writ, Summons, Complaint and Amount In Demand**, with my doings hereon endorsed.

FEES:                          ATTEST:
Pages          $ 9.00
Endorsements    1.60           *Nancy F. Marino*
Service        40.00           NANCY F. MARINO
Travel          5.75           STATE MARSHAL
                               HARTFORD COUNTY
Total        $ 56.35